# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00588-CR

**Derrick Hall, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-08-300013, HONORABLE MELISSA YOUNG GOODWIN , JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Derrick Hall pleaded guilty to the offense of attempted failure to register as a sex offender. *See* Tex. Code Crim. Proc. Ann. art. 62.102 (West 2006). Punishment was assessed at six months' imprisonment in state jail. The district court has certified that this is a plea-bargain case, and the defendant has no right of appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed

Filed:   January 28, 2009

Do Not Publish